

**Entered on Docket
May 22, 2007**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No: BK-S-03-19437-MKN |
| BASS, MELANIE | Chapter: 13 |
| | Hearing Date: April 26, 2007 |
| Debtor(s) | Hearing Time: 2:00 PM |

**ORDER DISALLOWING CLAIM OF CITIFINANCIAL SERVICES, INC.  AND ORDER FOR THE CLERK OF THE COURT TO TURNOVER OF ALL FUNDS DEPOSITED IN THIS CASE AS UNCLAIMED FUNDS HELD FOR CITIFINCIAL SERVICES, INC.**

Upon debtor's Objection to an improperly classified Claim filed by CITIFINANCIAL SERVICES, INC., (Court's claim # 2 and Trustee Claim # 8) and debtor's motion to compel turnover of funds held as unclaimed funds held for the benefit of CITIFINACIAL and having been heard on the date and time above-captioned; notice of said Objection having been properly given and no opposition thereto having been filed; the Court having read the pleadings on file herein, and good cause appearing thereof;

**IT IS HEREBY ORDERED** that the debtor's Objection to CITIFINCIAL's claim (Court's Claim # 2) is SUSTAINED and said claim is DISALLOWED in its entirety.

1
2
3  **IT IS FURTHER ORDERED** that all funds deposited in the Registry of the United
4  States Bankruptcy Court for claimant CITIFINCIAL in this case be turned over to Kathleen A.
5  Leavitt, the Trustee of case No. 03-19437-MKN. The funds that shall be released include $ 354.00
6  as referenced in Doc # 34 filed on January 12, 2006 and $ 1,770.00 as referenced in Doc # 17 filed
7  on August 7, 2006 and any other funds including interest that are held for CITIFINANCIAL in this
8  case.
9
10
11  DATED: May 18, 2007                    /S/ Layne F. Barney, Esq.
                                           Attorney for debtor
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

( )   The court waived the requirement of LR 9021.

( )   I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection each has;

      ( ) approved the form of this order:
      ( ) waived the right to review the order;
      ( ) failed to file and serve papers in accordance with LR 902(c); an/or
      ( ) failed to sign and return the proposed order within five (5) business days in accordance with LR 9021(b)

( )   I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who files a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021 (c) and the following have disapproved the form of this Order:

( x )   No opposition was filed to the motion and no other party or counsel appeared at the hearing.

### #